UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:14-CR-43-D-1
5:14-CV-895-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| v. | ) | ORDER DIRECTING PRODUCTION |
| | ) | OF PRESENTENCE REPORT |
| WENDELL HUSSEY LLOYD, JR., | ) | |
|     Defendant. | ) | |

FOR GOOD CAUSE SHOWN, and without objection by the Government, the Office of the U.S. Probation is directed to release the Presentence Report, prepared for the sentencing in the matter of U.S.A. v. Lloyd, 5:11-CR-312-D, E.D.N.C., to Jerry W. Leonard, Counsel for the Defendant.

This 22 day of April, 2016.

The Honorable James C. Dever III
Chief U.S. District Judge