IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CR-43-D
No. 5:14-CV-895-D

| | |
|---|---|
| WENDELL HUSSEY LLOYD, JR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | **ORDER** |

On June 13, 2016, Wendell Hussey Lloyd, Jr. ("Lloyd") moved to withdraw with prejudice his motion to vacate, set aside, or correct his sentence. See [D.E. 65, 65-1]; cf. [D.E. 49, 53, 59]. The motion [D.E. 65] is GRANTED and Lloyd's section 2255 motion is DISMISSED with prejudice. The evidentiary hearing scheduled for June 15, 2016, is CANCELLED. The court DENIES a certificate of appealability. See 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

SO ORDERED. This 13 day of June 2016.

JAMES C. DEVER III
Chief United States District Judge